CO-386-online
10/03

# United States District Court
# For the District of Columbia

TRAINOR GLASS COMPANY            )
                                 )
                                 )
                                 )
              vs    Plaintiff    )        Civil Action No._____
                                 )
JAMES G. DAVIS CONSTRCTION       )
CORPORATION, et al.              )
                                 )
                    Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __JAMES G. DAVIS CONSTRUCTION CORPORATION__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JAMES G. DAVIS CONSTRUCTION CORPORATION__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

496227
BAR IDENTIFICATION NO.

EMILY D. GOODING
Print Name

2620 P STREET, N.W.
Address

WASHINGTON       D.C.       20007
City             State      Zip Code

202-822-8838
Phone Number