IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRAINOR GLASS COMPANY<br>715 East 7th Street<br>Richmond, Virginia 23224 | :<br>:<br>: | |
| Plaintiff | : | |
| v. | : | |
| JAMES G. DAVIS CONSTRUCTION<br>  CORPORATION<br>12530 Parklawn Drive<br>Rockville, Maryland 20852 | :<br><br>:<br>: | Case No. 1:07-cv-01497<br>Judge Royce C. Lamberth |
| and | : | |
| CAPITOL PLAZA I, L.L.C.<br>c/o Stephen A. Goldberg Company<br>1615 M Street, N.W., Suite 850<br>Washington, D.C. 20036 | :<br>:<br>: | |
| and | : | |
| VEF-VN CAPITOL PLAZA I, L.L.C.<br>c/o Corporation Service Company<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | :<br>:<br>:<br>: | |
| Defendants | | |

**PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION
AND STAY LITIGATION PENDING ARBITRATION**

COMES NOW, the Plaintiff, Trainor Glass Company, by and through counsel, pursuant to the Federal Rules of Civil Procedure and the District of Columbia Uniform Arbitration Act, and hereby files this Opposition to Motion to Compel Arbitration and Stay Litigation Pending Arbitration. In support, the Plaintiff refers the Court's attention to the Motion for Order Dismissing Pending Arbitration filed herewith. As set forth therein, there is no arbitration clause set forth in any agreement between the parties that can be the basis of an arbitration.

1

WHEREFORE, the Plaintiff, Trainor Glass Company, respectfully requests that this Honorable Court deny the Motion to Compel Arbitration and Stay Litigation Pending Arbitration.

TRAINOR GLASS COMPANY

By its attorney,

Date: September 14, 2007

/s/ Kevin M. Tracy
Kevin M. Tracy, Esq., Bar #463918
McNamee, Hosea, Jernigan, Kim,
 Greenan & Walker, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420 phone

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a true copy of the foregoing Plaintiff's Opposition to Motion to Compel Arbitration and Stay Litigation Pending Arbitration was served by first-class mail, postage pre-paid, on the following.

Stephen M. Seeger
Emily D. Gooding
Guagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 2007
*Attorneys for Defendants*

Date: September 14, 2007

/s/ Kevin M. Tracy
Kevin M. Tracy, Esq.

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRAINOR GLASS COMPANY<br>715 East 7th Street<br>Richmond, Virginia 23224 | :<br>:<br>: | |
| Plaintiff | : | |
| v. | : | |
| JAMES G. DAVIS CONSTRUCTION<br>  CORPORATION<br>12530 Parklawn Drive<br>Rockville, Maryland 20852 | :<br><br>:<br><br>: | Case No. 1:07-cv-01497<br>Judge Royce C. Lamberth |
| and | : | |
| CAPITOL PLAZA I, L.L.C.<br>c/o Stephen A. Goldberg Company<br>1615 M Street, N.W., Suite 850<br>Washington, D.C. 20036 | :<br>:<br>:<br>: | |
| and | : | |
| VEF-VN CAPITOL PLAZA I, L.L.C.<br>c/o Corporation Service Company<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | :<br>:<br>:<br>: | |
| Defendants | : | |

**ORDER**

Upon consideration of the Motion by Defendant James G. Davis Construction Corporation to Compel Arbitration and Stay Litigation Pending Arbitration, the Plaintiff's Opposition thereto, after an evidentiary hearing, and for good cause shown, it is this ____ day of _____, 2007, hereby

**ORDERED** that the Motion by Defendant James G. Davis Construction Corporation to Compel Arbitration and Stay Litigation Pending Arbitration is **DENIED**.

1

2

**IT IS SO ORDERED**.

                                                                  _____  
Judge Royce C. Lamberth  
United States District Court for the District of Columbia

Copies to:

Kevin M. Tracy, Esq.  
McNamee, Hosea, Jernigan, Kim,  
  Greenan & Walker, P.A.  
6411 Ivy Lane, Suite 200  
Greenbelt, MD 20770

Stephen M. Seeger, Esq.  
Emily D. Gooding, Esq.  
Quagliano & Seeger, P.C.  
2620 P Street, N.W.  
Washington, D.C. 20007