IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRAINOR GLASS COMPANY<br>715 East 7th Street<br>Richmond, Virginia 23224 | :<br><br>: | |
| Plaintiff | : | |
| v. | : | |
| JAMES G. DAVIS CONSTRUCTION<br>  CORPORATION<br>12530 Parklawn Drive<br>Rockville, Maryland 20852 | :<br><br>:<br><br>: | Case No. 1:07-cv-01497<br>Judge Royce C. Lamberth |
| and | : | |
| CAPITOL PLAZA I, L.L.C.<br>c/o Stephen A. Goldberg Company<br>1615 M Street, N.W., Suite 850<br>Washington, D.C. 20036 | :<br><br>:<br><br>: | |
| and | : | |
| VEF-VN CAPITOL PLAZA I, L.L.C.<br>c/o Corporation Service Company<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | :<br><br>:<br><br>: | |
| Defendants | : | |

**MOTION FOR ORDER DISMISSING PENDING ARBITRATION**

COMES NOW, the Plaintiff, Trainor Glass Company, by and through counsel, pursuant to the Federal Rules of Civil Procedure and the District of Columbia Uniform Arbitration Act, and moves this Honorable Court for an order dismissing the pending arbitration filed by the Defendant, James G. Davis Construction Corporation. As set forth in the supporting memorandum filed herewith, there is no written agreement between the parties requiring arbitration of disputes.

WHEREFORE, the Plaintiff, Trainor Glass Company, respectfully requests that this Honorable Court:

A. Enter an order determining that there is no written agreement between the parties compelling arbitration of disputes between the parties;

B. Enter an order directing the dismissal of the pending arbitration and requiring parties to bring their claims against each other in this action; and

C. Grant any further such relief as this Honorable Court deems appropriate.

        TRAINOR GLASS COMPANY

        By its attorney,

Date: September 14, 2007       /s/ Kevin M. Tracy
        Kevin M. Tracy, Esq., Bar #463918
        McNamee, Hosea, Jernigan, Kim,
         Greenan & Walker, P.A.
        6411 Ivy Lane, Suite 200
        Greenbelt, MD 20770
        (301) 441-2420 phone

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a true copy of the foregoing Motion for an Order Dismissing Pending Arbitration was served by first-class mail, postage pre-paid, on the following.

    Stephen M. Seeger
    Emily D. Gooding
    Guagliano & Seeger, P.C.
    2620 P Street, N.W.
    Washington, D.C. 2007
    *Attorneys for Defendants*

Date: September 14, 2007       /s/ Kevin M. Tracy
        Kevin M. Tracy, Esq.

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRAINOR GLASS COMPANY<br>715 East 7th Street<br>Richmond, Virginia 23224 | :<br>:<br>: | |
| Plaintiff | : | |
| v. | : | |
| JAMES G. DAVIS CONSTRUCTION<br> CORPORATION<br>12530 Parklawn Drive<br>Rockville, Maryland 20852 | :<br>:<br>:<br>: | Case No. 1:07-cv-01497<br>Judge Royce C. Lamberth |
| and | : | |
| CAPITOL PLAZA I, L.L.C.<br>c/o Stephen A. Goldberg Company<br>1615 M Street, N.W., Suite 850<br>Washington, D.C. 20036 | :<br>:<br>: | |
| and | : | |
| VEF-VN CAPITOL PLAZA I, L.L.C.<br>c/o Corporation Service Company<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | :<br>:<br>:<br>: | |
| Defendants | | |

**ORDER**

Upon consideration of the Plaintiff's Motion for Order Dismissing Pending Arbitration, the Defendant's Opposition thereto, after evidentiary hearing, and for good cause shown, it is this _____ day of _____, 2007, hereby

**IT IS THE FINDING OF THIS COURT** that there is no written agreement between the parties compelling arbitration of disputes between the parties; and it is further

1

2

  **ORDERED** that the Plaintiff's Motion for Order Dismissing Pending Arbitration is **GRANTED**; and it is further

  **ORDERED** that the pending arbitration shall be **DISMISSED** and the parties shall bring their claims against each other in the scheduled litigation in this action.

  **IT IS SO ORDERED.**

                _____
                Judge Royce C. Lamberth
                United States District Court for the District of Columbia

Copies to:

Kevin M. Tracy, Esq.
McNamee, Hosea, Jernigan, Kim,
 Greenan & Walker, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

Stephen M. Seeger, Esq.
Emily D. Gooding, Esq.
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007