IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRAINOR GLASS COMPANY<br>715 East 7th Street<br>Richmond, Virginia 23224 | :<br><br>: | |
| Plaintiff | : | |
| v. | : | |
| JAMES G. DAVIS CONSTRUCTION<br> CORPORATION<br>12530 Parklawn Drive<br>Rockville, Maryland 20852 | :<br><br>:<br><br>: | Case No. 1:07-cv-01497<br>Judge Royce C. Lamberth |
| and | : | |
| CAPITOL PLAZA I, L.L.C.<br>c/o Stephen A. Goldberg Company<br>1615 M Street, N.W., Suite 850<br>Washington, D.C. 20036 | :<br><br>:<br><br>: | |
| and | : | |
| VEF-VN CAPITOL PLAZA I, L.L.C.<br>c/o Corporation Service Company<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | :<br><br>:<br><br>: | |
| Defendants | : | |

**REQUEST FOR EVIDENTIARY HEARING ON
MOTION FOR ORDER DISMISSING PENDING ARBITRATION**

COMES NOW, the Plaintiff, Trainor Glass Company, by and through counsel, pursuant to the Federal Rules of Civil Procedure, and requests that this Honorable Court hold an evidentiary hearing upon the competing motions to dismiss and to compel arbitration. In support, Plaintiff states that testimony and documentary evidence will assist the Court in making the necessary factual findings and legal rulings.

                                                     TRAINOR GLASS COMPANY

                                                     By its attorney,

Date: <u>September 14, 2007</u>          <u>/s/ Kevin M. Tracy</u>_____
                                                 Kevin M. Tracy, Esq., Bar #463918
                                                 McNamee, Hosea, Jernigan, Kim,
                                                   Greenan & Walker, P.A.
                                                 6411 Ivy Lane, Suite 200
                                                 Greenbelt, MD 20770
                                                 (301) 441-2420 phone

## CERTIFICATE OF SERVICE

     I hereby certify that on the date set forth below a true copy of the foregoing Request for Evidentiary Hearing on Motion for Order Dismissing Pending Arbitration was served by first-class mail, postage pre-paid, upon the following.

    Stephen M. Seeger
    Emily D. Gooding
    Quagliano & Seeger, P.C.
    2620 P Street, N.W.
    Washington, D.C. 2007
    *Attorneys for Defendant*
    *James G. Davis Construction Corp.*

Date: <u>September 14, 2007</u>          <u>/s/ Kevin M. Tracy</u>_____
                                                 Kevin M. Tracy