IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAINOR GLASS COMPANY,** | * |
| Plaintiff, | * |
| | *    Case No. 1:07-cv-01497 |
| v. | *    Judge Royce C. Lamberth |
| **JAMES G. DAVIS CONSTRUCTION CORPORATION,** *et al,* | * |
| | * |
| **Defendants.** | |
| | * |

**DEFENDANT JAMES G. DAVIS CONSTRUCTION CORPORATION'S
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION TO STAY PENDING ARBITRATION AND
<u>OPPOSITION TO MOTION FOR ORDER DISMISSING ARBITRATION</u>**

COMES NOW Defendant James G. Davis Construction Corporation ("Davis"), by and through counsel, and supplements its motion to stay this matter pending arbitration and opposition to the motion to dismiss the parties' pending arbitration filed by Plaintiff Trainor Glass Company ("Trainor"). As set forth in Trainor's supplemental memorandum in support of its motion for order dismissing the arbitration [Docket No. 12], Trainor objected to the arbitrators' jurisdiction over the parties' disputes and the arbitrators ordered that parties submit papers on Trainor's objection. On December 5, 2007, the arbitrators issued an Order Responding to Respondent's [Trainor's] Objections to Jurisdiction that denied the objections and ordered that the arbitration proceed in accordance with the existing Scheduling and Procedure Order. A true and correct copy of the arbitrators' order is attached hereto as Exhibit 1.

For the reasons set forth in Davis' Motion to Stay and Davis' Opposition to Motion for Order Dismissing Arbitration, which Davis incorporates by reference herein, the Court should defer to the arbitrators' determination on jurisdiction and stay this matter pending the final award in arbitration.

Dated: December 6, 2007                                  Respectfully submitted,

                                                         _____/s/_____
                                                         Stephen M. Seeger (D.C. # 431258)
                                                         Emily D. Gooding (D.C. # 496227)
                                                         Quagliano & Seeger, P.C.
                                                         2620 P Street, N.W.
                                                         Washington, D.C. 20007
                                                         Phone: (202) 822-8838
                                                         Fax:   (202) 822-6982
                                                         Email: sseeger@quagseeg.com

                                                         *Counsel for Defendant*
                                                         *James G. Davis Construction Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this December 6, 2007, Defendant James G. Davis Construction Corporation's Supplemental Memorandum in Support of Motion to Stay Pending Arbitration and Motion for Order Dismissing Pending Arbitration was served through this Court's electronic case filing system and mailed first-class with adequate postage prepaid to:

Kevin M. Tracy, Esq.
McNamee, Hosea, Jernigan, Kim,
   Greenan & Walker, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
*Counsel for Plaintiff*
*Trainor Glass Company*

                                                         ___/s/_____
                                                         Stephen M. Seeger

## AMERICAN ARBITRATION ASSOCIATION
### Construction Arbitration Tribunal

In the Matter of the Arbitration between

Re:     16 421 Y 00439 07

   James G. Davis Construction Corp.
   And
   Trainor Glass Company, Inc.

### ORDER RESPONDING TO RESPONDENT'S OBJECTIONS TO JURISDICTION

The Respondent's Objections to Jurisdiction, the Petitioner's Response thereto together with all of the papers submitted by the parties to the Panel on November 27, 2007 having been fully considered, it is hereby Ordered:

1.)   That the Respondent's Objections to Jurisdiction are denied, and

2.)   This Arbitration shall continue to be administered in accordance with the Scheduling and Procedure Order issued November 12, 2007.

December 6, 2007                                            Larry D. Harris

                                                            Matthew B. Ruble

                                                            J. Snowden Stanley, Jr.

B0760374.DOC



EXHIBIT 1